UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARY BETH CHAUVIN | * | CIVIL ACTION 19-10493 |
| VS. | * | JUDGE FALLON |
| SYMETRA LIFE INSURANCE COMPANY | * | MAG. JUDGE WILKINSON |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON
<u>PLAINTIFF'S ERISA CLAIMS</u>**

**NOW INTO COURT**, through undersigned counsel, comes Symetra Life Insurance Company ("Symetra"), and moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on Plaintiff's claims asserted under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 et seq. ("ERISA"). As set forth in the accompanying memorandum in support, Symetra is entitled to summary judgment in its favor on all of Plaintiff's ERISA claims because the welfare plan at issue is a "governmental plan" exempt from coverage under Title I of ERISA.

Respectfully submitted,

        LAWRENCE LEGAL, L.L.C.

        /s/ Jennifer M. Lawrence
        JENNIFER M. LAWRENCE, T.A. (23829)
        KRYSTIL BORROUSO LAWTON (20760)
        141 Robert E. Lee Blvd., No. 135
        New Orleans, LA 70124
        Telephone: (504) 322-7117
        Telefax: (504) 208-3351

        ATTORNEYS FOR SYMETRA LIFE
        INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 1, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/  Jennifer M. Lawrence
        JENNIFER M. LAWRENCE (23829)
        jennifer@lawrencelegalllc.com

Case 2:19-cv-10493-EEF-JCW   Document 16   Filed 10/01/19   Page 3 of 3