UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY BETH CHAUVIN | CIVIL ACTION |
| VERSUS | NO.  19-10493 |
| SYMETRA LIFE INSURANCE COMPANY | SECTION: L (2) |

J U D G M E N T

Considering the Court's Order & Reasons entered herein on November 1, 2019, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Symetra Life Insurance Company, and against plaintiff, Mary Beth Chauvin, dismissing said plaintiff's complaint, without prejudice, and costs.

New Orleans, Louisiana, this   4th   day of November, 2019.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**